# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| AMY M. HICKS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-0809-D |
| | § | |
| DALLAS COUNTY COMMUNITY | § | |
| COLLEGES, | § | |
| Defendant. | § | |

## ORDER

After reviewing all relevant matters of record in this case, including the April 25, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge and plaintiff's May 9, 2018 objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court concludes that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, defendant's February 6, 2018 motion to dismiss plaintiff's second amended complaint under Rule 12(b)(5) and 12(b)(6) is granted in part and denied in part. The court denies defendant's motion to dismiss under Rule 12(b)(5), and it grants defendant's motion to dismiss under Rule 12(b)(6) for failure to state a claim on which relief can be granted. This action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

May 17, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE